IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES RUBEL MARSHALL,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW,<br>Defendants. | CIVIL ACTION<br>NO. 26-6692 |

**ORDER**

**AND NOW**, this 13th day of November 2026, upon receipt of the Notice of Voluntary Dismissal (Doc. No. 7), it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.